RICHARD A. LA CAVA
LAW OFFICES OF RICHARD A. LA CAVA
3814 24TH STREET, SUITE 202
SAN FRANCISCO, CA 94114
(415) 282-8960 STATE BAR #135653
richard@lacavalaw.com
www.lacavalaw.com

Attorney for Debtors:
    CHERELL MARIE HALLETT

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 19-30956-HLB-13 |
| CHERELL MARIE HALLETT, | CHAPTER 13 |
| Debtors. | FIRST AMENDED APPLICATION TO MODIFY CHAPTER 13 PLAN |

FIRST AMENDED APPLICATION TO MODIFY CHAPTER 13 PLAN

The debtor respectfully requests that the Court modify his Chapter 13 plan as follows:

1. With regard to the monthly payments those payments shall: **Be modified to all terms pursuant to the attached model plan, see attached Exhibit "A"**.

2. Debtor(s) reason(s) for requesting the modifications are: Debtor is no longer able to maintain the mortgage payments and she is requesting time to sell the real property located at 1782 Revere Avenue, San Francisco, CA 94124.

3. Debtor is requesting for a Plan Modification to allow her time to sell the real property located at 1782 Revere Avenue, San Francisco, CA 94124 and to lower her Chapter 13 Plan payment to allow her to continue to address her remaining Debts until the real property is sold.

4. Debtor has retained Michele Pender of Engel & Volkers to sell the real property no later than November 30, 2021, see attached Listing Agreement Exhibit B.

WHEREFORE, the debtor(s) request(s) that the Court Modify the Chapter 13 plan as set forth as above.

I, Richard A. La Cava, attorney for the debtor named in the foregoing objection, declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Dated: July 26, 2021                            /s/CHERELL MARIE HALLETT
                                                Cherell Marie Hallett, Debtor


Dated: July 26, 2021                            /s/Richard A. La Cava
                                                Richard A. La Cava
                                                Attorney at Law

# PROOF OF SERVICE

I declare that:

    I am employed in the City and County of San Francisco, State of California. I am not less than 18 years of age and not a party to the within case. My business address is: 3814 24th Street, Suite 202, San Francisco, CA 94114.

    On July 26, 21 I Served the within

  APPLICATION TO MODIFY CHAPTER 13 PLAN, Exhibit "A" Amended Chapter 13 plan,

    Exhibit "B" List Agreement and Declaration of Debtor in support of Modification

On the parties in said cause by placing a true and correct copy thereof in an with the postage thereon fully pre-paid, thereafter properly sealing said envelope and depositing it in the United States Mail at San Francisco, California, addressed as follow(s):

David Burchard Chapter 13, Trustee **<u>Served VIA ECF Only</u>**
P. O. Box 8059
Foster City, CA 94404

The United States Trustee **<u>Served via ECF only</u>**
450 Golden Gate Ave, 5th Floor, Suite #05-0153
San Francisco CA 94102

**<u>See Exhibit C service list attached hereto and incorporated herein in full by this reference</u>**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at San Francisco, California.

Dated: July 26, 2021                              /s/Richard A. La Cava
                                                                 Richard A. La Cava
                                                                 Attorney at Law