Entered on Docket
September 16, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: September 15, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

RICHARD A. LA CAVA
LAW OFFICES OF RICHARD A. LA CAVA
3814 24TH STREET, SUITE 202
SAN FRANCISCO, CA 94114
(415 )282-8960 STATE BAR #135653
richard@lacavalaw.com
www.lacavalaw.com

Attorney for Debtor(s):
    CHERELL MARIE HALLETT

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**CHERELL MARIE HALLETT,**<br><br>    **Debt** | Case No.: 19-30956-HLB-13<br><br>**CHAPTER 13**<br><br>ORDER APPROVING MODIFIED CHAPTER 13 PLAN<br><br>HEARING: DEPT 19<br>DATE: 9/15/2021<br>TIME: 9:40AM<br>Place: United States Bankruptcy Court<br>    Hon. Dennis Montali<br>    450 Golden Gate Ave. 16th Floor<br>    Tele/Vidoconference<br>    San Francisco, CA 94120 |

    The hearing on the motion to modify Chapter 13 plan of **CHERELL MARIE HALLETT** ("MOVANT") came on regularly for hearing on September 15, 2021 before the Honorable Dennia Montali, United States Bankruptcy. Appearances were stated on the record. The Court having reviewed the pleadings filed and considered the arguments of counsel, and good cause appearing,

    Upon consideration of the Debtor's AMENDED MOTION TO MODIFY HER CHAPTER 13 PLAN filed with the Court on July 26, 2021 Document number 74 and good cause appearing thereof;

ORDER CONFIRMING CHAPTER 13 PLAN - 1

IT IS ORDERED THAT the proposed motion is approved.

**END OF ORDER**

Approved as to form and content:

Dated: 9/15/2021          /s/Lilian Tsang
                                   Lilian Tsang, Staff Attorney for
                                   David Burchard, Chapter 13 Trustee

COURT SERVICE LIST

L. Bryant Jaquez, Esq.
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705

ORDER CONFIRMING CHAPTER 13 PLAN - 3