RICHARD A. LA CAVA
LAW OFFICES OF RICHARD A. LA CAVA
3814 24TH STREET, SUITE 202
SAN FRANCISCO, CA 94114
(415) 282-8960 STATE BAR #135653
richard@lalavalaw.com
www.lacavalaw.com

Attorney for Debtors:
    CHERELL M. HALLETT.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>CHERELL M. HALLETT.<br><br>    Debtor. | Case No.: 19-30956-HLB-13<br><br>CHAPTER 13<br><br>**MOTION TO APPROVE NEW LOAN AND INCURE SECURED DEBT WITH FINANCE OF AMERICA MORTGAGE LLC**<br><br>(No Hearing Set)<br><br>Judge Hon. Hannah L. Blumenstiel |

    Debtor, CHERELL M. HALLETT through her counsel of record Richard A. La Cava Attorney at Law, respectfully moves the court for an order authorizing the new loan and for the debtor to insure secured debt with FINANCE OF AMERICA MORTGAGE LLC and to incur secure debt as follows:

1.    Debtor filed the above-captioned Chapter 13 bankruptcy case on September 6, 2019. The bankruptcy plan has been confirmed. The confirmed chapter 13 plan provides for repayment of 100 percent of debtors unsecured debts.

2.    Debtor's wishes to incur a new secured debt with FINANCE OF AMERICA MORTGAGE LLC in order to refinance her real property residence which will be secured by a

new 1st Deed of Trust. The real property is commonly known as 1782 Revere Avenue San Francisco, CA 94124. The Debtor has obtained a loan commitment from FINANCE OF AMERICA MORTGAGE LLC and FINANCE OF AMERICA MORTGAGE LLC is requesting court approval at this time so that the Debtor can close on a refinance, that will payoff her existing secured debt and payoff her Chapter 13 plan in full at close of escrow.

3. In the Reverse Mortgage Closing package attached hereto and incorporated herein in full and marked Exhibit "A" dated February 1, 2022, FINANCE OF AMERICA MORTGAGE LLC proposed the terms of debtor's reverse mortgage loan. The loan commitment is capped at $460,750.00, with Interest rate at 7.365%, as this is a reverse mortgage there is no monthly payment due during the debtors lifetime and all principle and interest for this new loan is due after the death of the borrower.

A copy of FINANCE OF AMERICA MORTGAGE LLC's proposed loan is attached as Exhibit "A" as referenced herein.

4. This new loan is plainly in debtor's interest because she is currently paying her first deed of trust with Wells Fargo Bank the amount of $1976.01 and her current chapter 13 plan payment is $1200.00. The debtor due to her current income is not able to meet these expenses and the new Reverse Mortgage will allow her to continue to live in her home without having to meet these monthly expenses and allow the debtor to reduce her currently monthly living expenses and maintain her current living arrangement. The new loan gives debtor the opportunity to remain in her real property residence, lower her monthly living expense and payoff her chapter 13 plan in full and exit the bankruptcy. The chapter 13 plan provides for repayment of 100 percent of debtors unsecured, priority and secured creditors. If the debtor is not able to enter into this new reverse mortgage, she may not be able to continue with the current plan as her payments to Wells Fargo and the Chapter 13 are more than she can currently afford due to her income not being sufficient to meet these obligations.

5. The debtor is able to make the new loan payment as it is $0.00 during her life time and her chapter 13 plan will be paid off out of this refinance.

WHEREFORE, Debtor prays for an order:

a. Approving the new loan agreement.

b. For such other relief as the court may deem just and proper.

Respectfully Submitted,

Dated: February 11, 2022                    ___/s/Richard A. La Cava/_____
                                            Richard A. La Cava
                                            Attorney at Law

PROOF OF SERVICE

I declare that:

I am employed in the City and County of San Francisco, State of California. I am not less than 18 years of age and not a party to the within case. My business address is: 3814 24th Street, Suite 202, San Francisco, CA 94114.

On February 11, 2022, I Served the within

**MOTION TO APPROVE NEW LOAN AND INCURE SECURED DEBT WITH FINANCE OF AMERICA MORTGAGE LLC**

On the parties in said cause by placing a true and correct copy thereof in an with the postage thereon fully pre-paid, thereafter properly sealing said envelope and depositing it in the United States Mail at San Francisco, California, addressed as follow(s):

David Burchard Chapter 13, Trustee
P. O. Box 8059
Foster City, CA 94404

See attached Exhibit "C" Mailing matrix attached hereto and incorporated herein in full by this reference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at San Francisco, California.

Dated: February 11, 2022      __Richard A. La Cava/s/____
                                                                                 Richard A. La Cava
                                                                                  Attorney at Law