

OMB Approval No. 2502-0265

# A. Settlement Statement (HUD-1)

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins.<br>4. ☐ VA   5. ☐ Conv. Ins. | | 6. File Number: ▉ | 7. Loan Number: ▉ | 8. Mortgage Insurance Case Number: | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower:<br>CHERELL M. HALLETT | E. Name & Address of Seller: | F. Name & Address of Lender:<br>FINANCE OF AMERICA MORTGAGE LLC -WHOLESALE<br>8023 EAST 63RD PLACE<br>SUITE 700<br>TULSA, OK 74133 |
|---|---|---|
| G. Property Location:<br>1782 REVERE AVENUE<br>SAN FRANCISCO, CA 94124 (SAN FRANCISCO)<br>(5338-026) | H. Settlement Agent  PLACER TITLE COMPANY<br>9085 FOOTHILLS BLVD., ROSEVILLE, CA<br>95747  (800) 542-4113<br><br>Place Of Settlement:  9085 FOOTHILLS BLVD., ROSEVILLE, CA<br>95747  (800) 542-4113 | I. Settlement Date |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (line 1400) | $2,182.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County Taxes          to | | 407. County Taxes          to | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | **$2,182.00** | **420. Gross Amount Due To Seller** | |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or Earnest Money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan | $950,000.00 | 502. Settlement Charges to Seller (line 1400) | |
| 203. Existing loan taken subject to | | 503. Existing loan taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County Taxes          to | | 511. County Taxes          to | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **$950,000.00** | **520. Total Reduction Amount Due Seller** | |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount Due From Borrower (line 120) | $2,182.00 | 601. Gross Amount Due To Seller (line 420) | |
| 302. Less Amounts Paid By/For Borrower (line 220) | $950,000.00 | 602. Less Deduction in Amt. Due To Seller (line 520) | |
| **303. Cash**   ☐ From   ☑ To Borrower | **$947,818.00** | **603. Cash**   ☐ To   ☐ From Seller | **$0.00** |

Case: 19-30956   Doc# 101-2   Filed: 02/11/22   Entered: 02/11/22 10:29:32   Page 1
Exhibit "B"
of 5

| L. Settlement Charges | | | |
|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
| Division of Commission (line 700) as follows: | | | |
| 701. Commission to   in the amount of $0.00 | | | |
| 702. Commission to   in the amount of $0.00 | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| **800. Items Payable In Connection With Loan** | | | |
| 801. Our origination charge | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges to Finance of America Mortgage LLC -Wholesale | (from GFE A) | | |
| 804. Appraisal Fee | (from GFE #3) | | |
| 805. Credit Report | (from GFE #3) | | |
| 806. Tax Service to Finance of America Mortgage LLC -Wholesale | (from GFE #3) | | |
| 807. Flood Certification to Finance of America Mortgage LLC -Wholesale | (from GFE #3) | | |
| **900. Items Required By Lender To Be Paid In Advance** | | | |
| 901. Interest | (from GFE #10) | | |
| 902. Mortgage Insurance Premium | (from GFE #3) | | |
| 903. Homeowner's insurance | (from GFE #11) | | |
| **1000. Reserves Deposited With Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance  months @  per month | | | |
| 1003. Mortgage insurance  months @  per month | | | |
| 1004. Property taxes  months @ $  per month | | | |
| 1007. Aggregate Adjustment | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | $1,785.00 | |
| 1102. Settlement or closing fee to PRC division of Placer Title Company     $700.00  Total: $700.00 | | | |
| 1103. Owner's title insurance to PRC division of Placer Title Company | (from GFE #5) | | |
| 1104. Lender's title insurance to PRC division of Placer Title Company | | | |
| 1105. Lender's title policy limit     $950,000.00 | | | |
| 1106. Owner's title policy limit | | | |
| 1107. Agent's portion of the total title insurance premium to PRC division of Placer Title Company $745.75 | | | |
| 1108. Underwriter's portion of the total title insurance premium to First American Title Insurance Company  $39.25 | | | |
| 1110. Signing Service to Sam Lam      $250.00 | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (from GFE #7) | $397.00 | |
| 1202. Deed $   Mortgage $172.00    Releases $ | | | |
| 1203. Transfer taxes | (from GFE #8) | | |
| 1204. City/County tax/stamps    Deed $     Mortgage $ | | | |
| 1205. State tax/stamps    Deed $     Mortgage $ | | | |
| 1206. Building Homes and Jobs Act Fee to MLHC Recording Account      $225.00 | | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. Survey | | | |
| 1303. Pest Inspection | | | |
| **1400. Total Settlement Charges (enter on line 103, Section J and 502, Section K)** | | **$2,182.00** | **$0.00** |

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| **Charges That Cannot Increase** | HUD-1 Line Number | | |
| Our origination charge | # 801 | | |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | | |
| Your adjusted origination charges | # 803 | | |
| Transfer taxes | # 1203 | | |

| Charges That in Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | # 1201 | | $397.00 |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | Total | $0.00 | $397.00 |
| | Increase between GFE and HUD-1 Charges | $397.00 or | |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | | |
| Daily interest charges | # 901   $0.00 /day | | |
| Homeowner's insurance | # 903 | | |
| | # | | |
| | # | | |
| | # | | |

## Loan Terms

| Your initial loan amount is | $ 950,000.00 |
|---|---|
| Your loan term is | years |
| Your initial interest rate is | % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | $           includes<br>☐ Principal<br>☐ Interest<br>☐ Mortgage Insurance |
| Can your interest rate rise? | ☐ No.  ☐ Yes, it can rise to a maximum of    %. The first change will be on         and can change again every          after          . Every change date, your interest rate can increase or decrease by         %. Over the life of the loan, your interest rate is guaranteed to never be lower than         % or higher than         %. |
| Even if you make payments on time, can your loan balance rise? | ☐ No.  ☐ Yes, it can rise to a maximum of $          . |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ☐ No.  ☐ Yes, the first increase can be on           and the monthly amount owed can rise to $          The maximum it can ever rise to is $          . |
| Does your loan have a prepayment penalty? | ☐ No.  ☐ Yes, your maximum prepayment penalty is $          . |
| Does your loan have a balloon payment? | ☐ No.  ☐ Yes, you have a balloon payment of $          due in          years on          . |
| Total monthly amount owed including escrow account payments | ☐ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>☐ You have an additional monthly escrow payment of $          that results in a total initial monthly amount owed of $          . This includes principal, interest, any mortgage insurance and any items checked below:<br>☐ Property taxes       ☐ Homeowner's insurance<br>☐ Flood insurance     ☐<br>☐                      ☐ |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

Case: 19-30956    Doc# 101-2    Filed: 02/11/22    Entered: 02/11/22 10:29:32    Page 3 of 51

Exhibit "B"

# Supplemental Page
# HUD-1 Settlement Statement

**Proceeds paid as:**

$947,818.00 to Cherell M. Hallett

| **Itemization** | | Buyer | Seller |
|---|---|---|---|
| Line 1101 | | | |
| | a. 24 Month Tax History to PRC division of Placer Title Company | $25.00 | |
| | b. Express delivery service fees to PRC division of Placer Title Company | | |
| | c. Title examination to PRC division of Placer Title Company | | |
| | d. E-Recording Service Fee to eRecording Partners Network (ePN) | $25.00 | |
| | **Total:** | **$50.00** | **$0.00** |
| Line 1102 | | | |
| | a. Settlement or closing fee to PRC division of Placer Title Company     $700.00  Total: $700.00 | $700.00 | |
| | b. Notarial Signing and Coordination Service to PRC division of Placer Title Company | | |
| | c. Attorney's fees to | | |
| | d. Workcharge / Doc Prep & Coordination Fee to PRC division of Placer Title Company | | |
| | **Total:** | **$700.00** | **$0.00** |
| Line 1103 | | | |
| | a. Title - Owner's Title Insurance  Premium $0.00 to PRC division of Placer Title Company | | |
| | b.  Endorsement(s) to PRC division of Placer Title Company | | |
| | **Total:** | **$0.00** | **$0.00** |
| Line 1104 | | | |
| | a. Lender's coverage $950,000.00 Premium $760.00  to PRC division of Placer Title Company | $760.00 | |
| | b. ALTA 14.3-06/CLTA 111.14.3-06 (Reverse Mortgage) Endorsement(s) to PRC division of Placer Title Company | $25.00 | $0.00 |
| | c. ALTA 22-06/CLTA 116.01-06 (Lenders - Location) Endorsement(s) to PRC division of Placer Title Company | $0.00 | $0.00 |
| | d. ALTA 5-06/CLTA 115.2-06 (Planned Unit Development) Endorsement(s) to PRC division of Placer Title Company | $0.00 | $0.00 |
| | e. ALTA 8.1-06/CLTA 110.9-06  (06/17/06) Environmental Protection Lien Endorsement(s) to PRC division of Placer Title Company | $0.00 | $0.00 |
| | f. ALTA 9-06/CLTA 100.2-06 Restrictions, Encroachments, Minerals (04-02-12) Endorsement(s) to PRC division of Placer Title Company | $0.00 | $0.00 |
| | **Total:** | **$785.00** | **$0.00** |
| Line 1109 | | | |
| | a. Additional Escrow Fee to PRC division of Placer Title Company | | |
| | **Total:** | **$0.00** | **$0.00** |
| Line 1110 | | | |
| | a. Signing Service to Sam Lam     $250.00 | $250.00 | |
| | **Total:** | **$250.00** | **$0.00** |

I have carefully reviewed the HUD Settlement Statement and to the best of my knowledge and belief it is true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD Settlement Statement.

**BORROWERS**

_____
CHERELL M. HALLETT

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or I will cause the funds to be disbursed in accordance with this statement.

**Settlement Agent**  **Date**

_____   _____

Exhibit "B"