Entered on Docket
March 07, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: March 7, 2022



_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

RICHARD A. LA CAVA
LAW OFFICES OF RICHARD A. LA CAVA
3814 24TH STREET, SUITE 202
SAN FRANCISCO, CA 94114
(415 )282-8960  STATE BAR #135653
richard@lacavalaw.com
www.lacavalaw.com

Attorney for Debtor(s):
         CHERELL MARIE HALLETT.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:
CHERELL MARIE HALLETT,
         Debtor.

Case No.: 19-30956-HLB-13

CHAPTER 13

ORDER ON MOTION FOR APPROVAL OF NEW LOAN AND INCURE SECURED DEBT WITH **FINANCE OF AMERICA MORTGAGE LLC**

(No Hearing Set)

Judge Hon. Hannah L. Blumenstiel

   Upon consideration of the MOTION FOR APPROVAL OF NEW LOAN AND INCUR SECURED DEBT WITH  FINANCE OF AMERICA MORTGAGE LLC, was filed with the Court on February 11, 2022 document number 101 and good cause appearing thereof;

   IT IS ORDERED THAT the motion to approve loan is granted.

                              **END OF ORDER**

COURT SERVICE LIST

No objecting creditors