

Entered on Docket
April 13, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 13, 2022

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

RICHARD A. LA CAVA
LAW OFFICES OF RICHARD A. LA CAVA
3814 24TH STREET, SUITE 202
SAN FRANCISCO, CA 94114
(415 )282-8960 STATE BAR #135653
richard@lacavalaw.com
www.lacavalaw.com

Attorney for Debtor(s):
    CHERELL MARIE HALLETT.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>CHERELL MARIE HALLETT,<br>    Debtor. | Case No.: 19-30956-HLB-13<br><br>CHAPTER 13<br><br>AMENDED ORDER ON MOTION FOR APPROVAL OF<br>NEW LOAN AND INCURE SECURED DEBT WITH **FINANCE OF AMERICA REVERSE LLC**<br><br>(No Hearing Set)<br><br>Judge Hon. Hannah L. Blumenstiel |

    Upon consideration of the MOTION FOR APPROVAL OF NEW LOAN AND INCUR SECURED DEBT WITH FINANCE OF AMERICA REVERSE LLC, was filed with the Court on February 11, 2022 document number 101 and good cause appearing thereof;

    IT IS ORDERED THAT the motion to approve loan is granted;

    IT IS FURTHER ORDERED THAT The title company shall comply with the Chapter 13 Trustee's demand into escrow and any other requests for documentation as a condition of closing;

    IT IS FURTHER ORDERED THAT The Trustee shall be the disbursing agent on all
    claims filed with the bankruptcy court, including pre-petition and post-petition mortgage

arrears. The Trustee shall submit into escrow a demand sufficient to pay the following amounts: pre-petition and post-petition mortgage arrears, attorney fees, unsecured claims, and Trustee's compensation.

**END OF ORDER**

Approved as to form and content:

Dated: 4/13/2022  /s/Brisa C. Ramirez
Brisa C. Ramirez staff Attorney for
David Burchard, Chapter 13 Trustee

COURT SERVICE LIST

No objecting creditors